JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN GEORGE
732 S. 6th Street  Suite 100
Las Vegas, Nevada  89101
Telephone:      (702) 382-1200
Facsimile:      (702) 446-1577
E-mail:  johngeorgejr@fastmail.fm
Attorney for Defendant
*JOHN FORD EPPS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO.  2:16-CR-00291-GMN-PAL |
| JOHN FORD EPPS, | |
| Defendant. | |

### SECOND MOTION TO CHANGE PRE-TRIAL CONDITIONS

COMES NOW JOHN FORD EPPS by and through his attorney John G. George and hereby requests that this honorable court temporarily modify his condition s of release for the purpose of fulfilling a mandate by this Court. This motion is made based on the attached memorandum of points and authorities, the papers and pleadings filed herein and any arguments permitted by the court at a hearing.

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

3          On September 30, 2016 a complaint was filed naming Defendant EPPS and co-defendants

4   Johnny Tovar, and Marcus Richardson alleging violations of 21 U.S.C. §§ 841(a)(1) and

5   (b)(1)(C), Conspiracy to Distribute Heroin.  (ECF. No. 1) All defendants were required to avoid

6   contact between themselves.  Recently, the other defendants requested in unopposed motions that

7   they be permitted to interact because they were very close before being charged.  Those motions

8   were granted.

9          Defendant Epps was also required by the Court to remedy an outstanding warrant in Los

10  Angeles County for a charge that is many years old.  However, Defendant Epps is prohibited

11  from leaving the State of Nevada.  He needs to be able to travel to Los Angeles to fulfill the

12  mandate of this Court that he remedy that warrant.

13

14         Defendant Epps requests that this Court permit him to visit Los Angeles so that he can

15  address the matter of the warrant.  After a discussion with his pre-trial supervisor, counsel

16  believes that it will save imposition on the Court and enable Mr. Epps to successfully address this

17  matter if the Court will permit his pre-trial supervisor to regulate and supervise his travel to

18  California.

19
## CONCLUSION
20

21         Defendant Epps respectfully requests that this honorable Court permit him to travel to Los

22  Angeles and to visit with his co-defendants.

23  DATED this 8th day of February, 2017.

24  IT IS SO ORDERED.                         /s/ John George
                                             JOHN G. GEORGE, ESQ.
25                                            Nevada Bar No. 12380
    DATED:  February 9, 2017                  732 S. 6th Street Suite 100
26                                            Las Vegas, Nevada  89101
                                             Telephone:(702) 382-1200
27  _____           Facsimile:(702) 446-1577
    C.W. HOFFMAN JR.                          Attorney for Defendant John Ford Epps
28  UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2017, I served a true and correct

copy of this Second Motion to Change Conditions of Release addressed to the following party as

follows:

____x___ via Electronic Service: mandatory electronic service (e-service), proof of e-service
attached to any copy filed with the Court; or

_____ via facsimile transmission, proof of transmission attached to any copy filed with the
Court; or

____ via e-mail, proof of transmission attached to any copy filed with the Court; or

____ via U.S. Mail: By placing a true copy thereof enclosed in a sealed envelope with postage
thereon fully prepaid, addressed as indicated on the service list below in the United States
mail at Las Vegas, Nevada to the below address:

Robert Knief
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

*/s/ John George*
An employee of
Law Office of John George

- 3 -